**Reap. Dec. 8955.—** 
—*F. W. Woolworth Company* v. *United States.* Entered at Baltimore, Md. [Not published.] Motion by plaintiff.

**Reap. Dec. 8956.—** 
—*F. W. Woolworth Co.* v. *United States.* Entered at Philadelphia, Pa. [Not published.] Motion by plaintiff.

**Reap. Dec. 8957.—** 
—*F. W. Woolworth Co.* v. *United States.* Entered at San Francisco, Calif. [Not published.] Motion by plaintiff.

(Reap. Dec. 8958)

SAM YEUNG CO. *v.* UNITED STATES

Entry No. 888788.

(Decided August 1, 1957)

*Lane, Young & Fox* (*William Whynman* of counsel) for the plaintiff.

*George Cochran Doub,* Assistant Attorney General (*Samuel D. Spector* and *Daniel I. Auster,* trial attorneys), for the defendant.

DONLON, Judge: Plaintiff appeals to reappraisement from an advance in value made by the appraiser in items identified in the appeal petition only as having been imported on the "Flying Independent" and entered at New York on May 19, 1954, entry No. 888788. The merchandise is not further identified in the appeal petition, and neither the entry nor any other of the official papers was offered in evidence.

Indeed, the only evidence of record is an affidavit, dated September 21, 1956, signed in Hong Kong by one Fung Keang, who therein identifies himself as manager of Howe Tack Co., Ltd., of Hong Kong, since August 1, 1956. In this affidavit, Fung Keang recites that he has examined records and made inquiries, on the basis of which he makes certain statements as to the character of the merchandise in issue and sales thereof in Hong Kong in March and April 1954.

Plaintiff's brief, leave to file which was granted, does not address itself to the objections made by defendant, on trial, to the evidentiary value of this affidavit. Later, and without leave, plaintiff essayed to file a reply brief to present its arguments in support of its case. That plaintiff is not unaware of the defect in its proofs seems to be conceded, for alternative request is made for opportunity to submit some other affidavit than the affidavit offered on trial.